JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO MICHAEL AMEZCUA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOLDMAN SACHS BANK USA,<br><br>　　　　Defendant. | Case No. 8:22-cv-01663-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Defendant's Motion to Dismiss [ECF No. 12]; Plaintiff's Motion to Compel Arbitration [ECF No. 18]; and Plaintiff's Motion to Amend Complaint [ECF No. 20]" filed concurrently herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading is the Complaint [ECF No. 1] of Plaintiff Arturo Michael Amezcua.

3. Defendant Goldman Sachs Bank USA shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff. Plaintiff shall take nothing by way of his Complaint. This action is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 22, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-